

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

G & G Closed Circuit Events, LLC

**Plaintiff,**

V.

Rafael Vazquez, individually doing business as Slappys Burgers and Brews

**Defendant.**

Civil Action No.   21-cv-00263-H-WVG

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that Plaintiff is entitled to default judgment on its 47 U.S.C. § 605 claim and its conversion claim against Defendant. The Court awards Plaintiff $5,720 in statutory damages and $2,860 in compensatory damages and costs as provided by law. Pursuant to CivLR 54.1, the Court directs Plaintiff to submit its papers in support of an award of costs and attorneys' fees within 14 days from the entry of default judgment. Case is closed.

Date:   12/10/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ D. Frank

D. Frank, Deputy